FILED
2009 Nov-10 AM 08:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# FREEDOM COURT REPORTING

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FRANK KRUSE,

    Plaintiff,

VS.    CIVIL ACTION
    NO. CV-09-JO283-S

CITY OF BIRMINGHAM, ALABAMA,

    Defendants.

DEPOSITION OF FRANK KRUSE
BIRMINGHAM, ALABAMA
SEPTEMBER 29, 2009

**Page 2**

STIPULATIONS

IT IS STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the deposition of FRANK KRUSE may be taken before Christie L. Williams, Commissioner, State of Alabama at Large, at the law offices of The City of Birmingham, 710 20th Street North, Birmingham, Alabama, on the 29th day of September, 2009, commencing at or about 1:00 p.m.

IT IS FURTHER STIPULATED AND AGREED that the reading and signature to the deposition by the witness is waived, said deposition to have the same force and effect as if full compliance had been had with all laws and rules of court relating to taking of depositions.

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections to be

**Page 3**

made by counsel as to any questions, except as to form or leading questions, and that counsel for the parties may make objections and assign grounds at the time of the trial, or at the time said deposition is offered in evidence, or prior thereto.

IT IS FURTHER STIPULATED AND AGREED that notice of filing of the deposition by the Commissioner is waived.

**Page 4**

I N D E X

EXAMINATION BY:    PAGE NO:
MR. CHOY.......................... 6
MR. ROSENTHAL.................. 27

E X H I B I T S

PLAINTIFF'S EXHIBITS:
No. 8 Ticket.................... 27

DEFENDANT'S EXHIBITS:
No. 1 Request.................. 9
Nos. 2-7 Tickets................ 23

1 (Pages 1 to 4)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

Page 5

1    APPEARANCES
2
3    ON BEHALF OF THE PLAINTIFF:
4    Mr. Richard R. Rosenthal
5    Law Offices of Richard R.
6    Rosenthal
7    200 Title Building
8    300 Richard Arrington Jr. Blvd
9    Birmingham, Alabama 35203
10
11
12   ON BEHALF OF THE DEFENDANT:
13   Mr. Michael K. Choy
14   Choy Lichenstein
15   2100 Southbridge Parkway
16   Suite 650
17   Birmingham, Alabama 35209
18
19
20
21
22
23

Page 6

1         I, Christie L. Williams,
2    Commissioner, State of Alabama at
3    Large, acting as commissioner,
4    certify that on this date, in
5    accordance with Rule 30 of the
6    Alabama Rules of Civil Procedure and
7    the foregoing stipulations of
8    counsel, there came before me at the
9    law offices of City of Birmingham,
10   710 20th Street North, Birmingham,
11   Alabama, on the 29th day of
12   September, 2009, FRANK KRUSE, witness
13   in the above cause for oral
14   examination, whereupon the following
15   proceedings were had:
16
17         FRANK KRUSE,
18   having been first duly sworn, was
19   examined and testified as follows:
20
21   EXAMINATION BY MR. CHOY:
22       Q.  State your name for the
23   record.

Page 7

1        A.  Jim Kruse.
2        Q.  Jim Kruse, where do you
3    reside?
4        A.  1827 Polo Court, Hoover.
5        Q.  And how long have you lived
6    there?
7        A.  Seven years.
8        Q.  How old are you?
9        A.  58.
10       Q.  Are you married?
11       A.  Yes.
12       Q.  What's your wife's name?
13       A.  Doris.
14       Q.  Doris Kruse?
15       A.  Doris Kruse.
16       Q.  And do you have any
17   children, Mr. Kruse?
18       A.  I have two children.
19       Q.  And what are their names?
20       A.  Kallie Kruse and Lubin
21   Kruse.
22       Q.  How old is Kallie?
23       A.  Kallie is 34.

Page 8

1        Q.  And how old is Lubin?  Is
2    it L-U-B-I-N?
3        A.  L-U-B-I-N.  Lubin is 28.
4        Q.  What kind of car was it
5    that resulted in the tickets that you
6    received that gave rise to this
7    lawsuit?
8        A.  It was a BMW.
9        Q.  What model?
10       A.  I'm not sure.  I think it
11   was '94.
12       Q.  Was the BMW the only car
13   that received all of the tickets?
14       A.  Yes.
15       Q.  Do you recall how many
16   tickets there were?
17       A.  No.
18       Q.  Might it have been as many
19   as six?
20       A.  Yes.
21       Q.  Mr. Kruse, I've handed you
22   what's been marked as Defendant's
23   Exhibit 1.  Do you recognize that?

Page 9

1    (Defendant's Exhibit 1 was
2    marked for identification
3    and attached hereto.)
4    A.  I know what this is.
5    Q.  What is it?
6    A.  It's a request from
7  Commercial Legal Services to pay
8  parking tickets.
9    Q.  Is that what prompted you
10 to pay the parking tickets?
11   A.  No.
12   Q.  What prompted you to pay
13 the parking tickets?
14   A.  My wife.
15   Q.  When?
16   A.  I'm not sure of the exact
17 date.
18   Q.  Do you remember what year?
19   A.  I'm going to assume it was
20 in '08.
21   Q.  After you saw the publicity
22 about the City's ticket amnesty
23 program?

Page 10

1    A.  I didn't see anything on
2  the tickets -- are you talking about
3  in the press?
4    Q.  Yes.
5    A.  I didn't see anything in
6  the press.
7    Q.  Did you hear anything in
8  the press?
9    A.  Yes.
10   Q.  What did you hear?
11   A.  I was explained that there
12 was a window to pay tickets.
13   Q.  Did you hear that on the
14 radio or TV?
15   A.  From my wife.
16   Q.  What did your wife tell
17 you?
18   A.  That there was an amnesty
19 to pay the tickets.
20   Q.  Had you ever seen
21 Defendant's Exhibit 1 prior to your
22 wife telling you that there was a
23 ticket amnesty program?

Page 11

1    A.  No.
2    Q.  Did you ever receive any
3  traffic tickets personally?
4    A.  Traffic tickets or parking
5  tickets?
6    Q.  Parking tickets.
7    A.  No.
8    Q.  Is it your contention that
9  -- well, let me ask you this:  Why
10 didn't you pay the tickets prior to
11 2008 -- first let me ask you another
12 question.
13       Are you saying that you
14 paid the -- did you pay this amount
15 $1,030 in 2008?
16   A.  I paid a large amount.  I
17 don't remember what the amount was.
18   Q.  Was it about --
19   A.  To the City.
20   Q.  Was it about that amount?
21   A.  I don't recall it being
22 this high.
23   Q.  Okay.  Do you have a -- did

Page 12

1  you pay by check?
2    A.  Yes.
3    Q.  Do you have a cancelled
4  check for the amount that you paid to
5  the City?
6    A.  I'm sure I do.
7    Q.  Could we get a copy of
8  that?
9       MR. ROSENTHAL:  If I can
10 get a copy of that.
11      MR. CHOY:  You can request
12 it from the bank.
13
14 BY MR. CHOY:
15   Q.  Why did you not pay the
16 tickets prior to 2008?
17   A.  This was my daughter's car.
18   Q.  Was it registered in your
19 name or her name?
20   A.  It was registered in my
21 name.
22   Q.  So is it your contention
23 that you were not responsible for the

3 (Pages 9 to 12)

FREEDOM COURT REPORTING

Page 13

1  tickets because it was her car?
2      A.  I don't recall seeing this
3  information.  This would have gone to
4  my daughter for her account.
5      Q.  Did your daughter ever tell
6  you that she had been receiving
7  notices of overdue parking tickets
8  that were owed to the City of
9  Birmingham?
10     A.  Yes.
11     Q.  Did your daughter ever give
12 you a copy of Defendant's Exhibit 1?
13     A.  No.
14     Q.  It was your wife only who
15 gave you Defendant's Exhibit 1?
16     A.  Like I say, I don't recall
17 seeing this.  These would have been
18 passed on to my daughter.
19     Q.  Do you know what, if
20 anything -- did you ask for this
21 money back from your daughter, the
22 money that you paid the City?
23     A.  Darn right.

Page 14

1      Q.  Has she paid it back to
2  you?
3      A.  No.
4      Q.  Did you ask her why she
5  didn't pay the tickets?
6      A.  I was under the impression
7  that she was taking care of these
8  matters.
9      Q.  And when did you first
10 learn that she was not taking care of
11 the parking tickets?
12     A.  I would assume it was when
13 my wife notified me of a letter
14 regarding the payment of these
15 tickets and she was concerned that I
16 was going to get in trouble.
17     Q.  Do you recall when that
18 was?
19     A.  No.
20     Q.  What year?
21     A.  It was shortly before the
22 time I paid the tickets.
23     Q.  Defendant's Exhibit 1 is

Page 15

1  dated April 28th, 2008, correct?
2      A.  Okay.  I see.
3      Q.  You don't know or do you
4  know when your daughter may have
5  given your wife Defendant's Exhibit
6  1?
7          MR. ROSENTHAL:  Object just
8  for the record, Michael, I think
9  you're mischaracterizing what his
10 statement was.  We can ask him again,
11 but I think what he was saying was
12 his wife received these notices and
13 that she gave those to his daughter.
14     Q.  Oh, I didn't understand
15 that.  Is that what you're testifying
16 to?
17     A.  Well, my daughter was
18 living with us at the time.
19     Q.  How old was your daughter
20 in 2008.  She's 34 now, so she was
21 about 33 and she was living with you?
22     A.  No, she was in Reno at that
23 time.

Page 16

1      Q.  But the notices or at least
2  Defendant's Exhibit 1 is addressed to
3  you and came to 1827 Polo Court?
4      A.  That's correct.
5      Q.  And you don't recall
6  opening the mail and getting that
7  notice; it's your testimony that your
8  wife got that notice?
9      A.  That's my testimony, yes.
10     Q.  Do you recall when the
11 first time she mentioned anything to
12 you about receiving Exhibit 1?
13     A.  I don't recall seeing this
14 exhibit or her mentioning that.  I
15 would assume she forwarded that to
16 Kallie.
17     Q.  Did she ever have any
18 discussions with you about having
19 received Defendant's Exhibit 1, the
20 notice, prior to July of 2008?
21     A.  Yes, I think we had
22 discussions about Kallie's parking
23 tickets and total financial

4 (Pages 13 to 16)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660

FREEDOM COURT REPORTING

Page 17

1  situation.
2      Q.  And what, if anything, did
3  you do as a result of those
4  discussions?
5      A.  I assumed that Kallie was
6  taking care of those.
7      Q.  Did you ever go down to the
8  courthouse to talk to anybody to let
9  them know that you were not driving
10 that particular vehicle?
11     A.  No.
12     Q.  Did you ever ask to see a
13 magistrate to tell the magistrate
14 that you were not driving the vehicle
15 when they got the tickets put on the
16 vehicle?
17     A.  No.
18     Q.  Did you ever ask to see a
19 judge?
20     A.  No.
21     Q.  So what did you do when
22 your wife told you about having heard
23 about the amnesty program?

Page 18

1      A.  I paid the tickets.
2      Q.  And you went down
3  physically?
4      A.  I went physically and paid
5  the tickets.
6      Q.  With a check?
7      A.  With a check.
8      Q.  Did you pay at the
9  cashier's window?
10     A.  Yes.
11     Q.  Did you contest the tickets
12 when you went up to the window?
13     A.  No.
14     Q.  Did you tell the clerk
15 behind the window that you were not
16 driving the car when you received any
17 of the tickets?
18     A.  No.
19     Q.  Did you ask the lady or the
20 person behind the window to see a
21 magistrate to explain that you
22 weren't driving the car?
23     A.  No.

Page 19

1      Q.  Did you ask to see a judge?
2      A.  No.
3      Q.  And you don't know how many
4  tickets you were paying for that day,
5  do you?
6      A.  There were numerous.  I
7  don't remember the exact amount, but
8  there were numerous tickets.
9      Q.  Did your daughter ever
10 physically produce to you any of the
11 tickets?
12     A.  No.
13     Q.  Did your wife ever
14 physically produce any of the
15 tickets?
16     A.  No.
17     Q.  And you have demanded
18 payment from your daughter for the
19 tickets, you have asked for payment?
20     A.  I don't demand from my
21 daughter.
22     Q.  That's why I changed the
23 word -- the verb from demand to asked

Page 20

1  because I know how fathers and
2  daughters are.  Did you ask politely?
3      A.  Yes.
4      Q.  Have you received payment
5  from Kallie?
6      A.  No.
7      Q.  What, if any, other action
8  have you taken to receive payment for
9  the tickets?
10     A.  I consulted an attorney.
11     Q.  Who did you consult?
12     A.  Curtis Gordon.
13     Q.  Anybody else?
14     A.  And Richard Rosenthal.
15     Q.  What, if anything, else did
16 you do to try and collect payment on
17 the tickets?
18     A.  I didn't know there was
19 anything I could do.
20     Q.  Where is Kallie now?
21     A.  Reno, Nevada.
22     Q.  Has she been back to
23 Birmingham to live since 2008?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660

Page 21

1  A. No.
2     MR. ROSENTHAL: I'll object
3  to just the last question to the
4  point that I don't think he's
5  testified that 2008 is when she left.
6  Q. When did Kallie leave
7  Birmingham to move to Reno?
8  A. Originally in -- I think it
9  was 2006 is when she moved to Reno.
10 Q. You said that you have
11 lived at 1827 Polo Court for seven
12 years, I believe, correct?
13 A. Uh-huh.
14 Q. Was your address -- where
15 was your address prior to that
16 address?
17 A. It was on Spruce Drive.
18 Q. Where is that?
19 A. Hoover.
20 Q. Do you recognize the
21 address P.O. Box 205 Woodstock,
22 Alabama 35188?
23 A. Yes.

Page 22

1  Q. What address is that?
2  A. That's a post office box.
3  Q. And did you receive mail at
4  that address box?
5  A. Yes.
6  Q. For what period of time?
7  A. I'm going to say
8  approximately one year.
9  Q. And where were you living
10 at that time?
11 A. 1827 Polo Court.
12 Q. And what year were you
13 receiving mail at the Woodstock,
14 Alabama address?
15 A. I would say 2003. I'm
16 estimating because it's a business
17 address.
18 Q. I'm looking at --
19    (Whereupon, a break was
20    taken.)
21
22 BY MR. CHOY:
23 Q. Mr. Kruse, take a look at

Page 23

1  Exhibits 2 through 7. Look at the
2  top box and you will see where it
3  says ticket number and I think if I'm
4  correct each exhibit number 2, 3, 4,
5  5, 6 and 7 have a different ticket
6  number. You see those ticket
7  numbers?
8     (Defendant's Exhibits 2-7
9     were marked for
10    identification and attached
11    hereto.)
12 A. Right here?
13 Q. Right there (indicating).
14 I think I have identified the six
15 different tickets.
16 A. Okay. I'm with you.
17 Q. And each of them have a
18 different number?
19 A. Correct.
20 Q. And I think to the right
21 you'll see MSG number and it says six
22 tickets at 120?
23 A. Uh-huh.

Page 24

1  Q. Somebody from the City
2  would have to testify to what that
3  means, but what it means to me is
4  that there were a total of about six
5  tickets outstanding.
6     MR. ROSENTHAL: Object.
7  Q. Then below each ticket
8  number you see where it says offense
9  date?
10 A. Uh-huh.
11 Q. The first one is February
12 25, '02?
13 A. Correct.
14 Q. And on Exhibit 3 the
15 offense date is July 9, '02?
16 A. Correct.
17 Q. On Exhibit 4 offense date
18 is April 16th, '02?
19 A. Correct.
20 Q. Exhibit 5 the offense date
21 is August 19, '02?
22 A. Correct.
23 Q. Exhibit 6 the offense date

Page 25

1    is October 22nd, '01?
2        A.   Correct.
3        Q.   And Exhibit 7 the offense
4    date is December 18, '01?
5        A.   Correct.
6        Q.   On each of these tickets on
7    each of the different dates it seems
8    like the offense location was the
9    exact same location, 2nd Avenue
10   North; is that correct?
11       A.   Yes.
12       Q.   Do you know what was at
13   that address?
14       A.   Smith, Spires and Peddy.
15       Q.   And that's a law firm,
16   correct?
17       A.   That's correct.
18       Q.   Is that where your daughter
19   worked?
20       A.   That's where she was
21   employed.
22       Q.   As far as you know, did she
23   ever go to the courthouse to contest

Page 26

1    the issuance of these parking
2    tickets?
3        A.   I don't know.
4        Q.   Is it your testimony that
5    on each of the dates shown on
6    Exhibits 2 through 7 you were not the
7    driver of the vehicle listed?
8        A.   Correct.
9        Q.   And you never told anyone
10   at the courthouse that you were not
11   the driver on any of those dates?
12       A.   No.
13       Q.   Mr. Kruse, in your original
14   complaint you're complaining for
15   having paid for tickets for parking
16   violations that were older than one
17   year, correct?
18       A.   Correct.
19       Q.   And what constitutional
20   rights do you contend were violated?
21           MR. ROSENTHAL: Object,
22   calls for a legal conclusion.
23       Q.   Do you know of any rights

Page 27

1    that you were deprived of as a result
2    of paying for these parking tickets
3    that were in excess of one year old?
4        A.   No.
5            MR. CHOY: I don't have
6    anything else.
7            MR. ROSENTHAL: I have
8    nothing either. Thank you.
9            (Whereupon, a break was
10           taken.)
11
12   EXAMINATION BY MR. ROSENTHAL:
13       Q.   Jim, I just have a couple
14   of questions to ask you just to
15   follow up with some of the testimony
16   that you have just given to the City
17   of Birmingham, okay. Let me show you
18   what I marked as Plaintiff's Exhibit
19   Number 8 and ask you to review that.
20   Have you had a chance to review that?
21           (Plaintiff's Exhibit 8 was
22           marked for identification
23           and attached hereto.)

Page 28

1        A.   Uh-huh.
2        Q.   And what is this?
3        A.   I'm assuming it's just a
4    letter from the City saying that
5    they're going to put me in jail if I
6    don't pay these tickets.
7        Q.   Do you remember receiving
8    this letter?
9        A.   No.
10       Q.   Do you remember your wife
11   bringing this letter you?
12       A.   Yes, my wife brought it to
13   my attention.
14       Q.   And you just testified that
15   you believe that you were going to be
16   put in jail unless you paid these
17   tickets, correct?
18           MR. CHOY: Object to the
19   form.
20       A.   That's how we understood
21   this.
22       Q.   When you say this, you're
23   referring to Exhibit 8?

FREEDOM COURT REPORTING

Page 29

```
 1      A.  This Exhibit 8.  That's how
 2  we took this.
 3      Q.  And what was your
 4  understanding of the amnesty program
 5  that the City of Birmingham offered
 6  in July and August of 2008?
 7      A.  I understood that if we
 8  paid the tickets there would be no
 9  fines and if you didn't pay the
10  tickets then you were going to be put
11  in jail.
12          MR. ROSENTHAL:  That's all
13  I have.
14
15          (Deposition concluded at
16          1:49 p.m.)
17
18
19
20
21
22
23
```

Page 30

```
 1          C E R T I F I C A T E
 2
 3  STATE OF ALABAMA
 4  COUNTY OF JEFFERSON
 5
 6          I, Christie L. Williams,
 7  hereby certify that the above and
 8  foregoing deposition was taken down
 9  by me on Computerized Stenotype, and
10  the questions and answers thereto
11  were transcribed by me, and that the
12  foregoing represents a true and
13  correct transcript of the deposition
14  given by said witness upon said
15  hearing.
16          I further certify that I am
17  neither of counsel nor of kin to the
18  parties in the action, nor am I in
19  anywise interested in the result of
20  said cause.
21  _____
22  CHRISTIE L. WILLIAMS
23  COMMISSIONER (ACCR# 372)
```

**COMMERCIAL LEGAL SERVICES**
2025 3RD AVENUE NORTH
SUITE 300
BIRMINGHAM, ALABAMA   35203
205-715-6600

FRANK J KRUSE
1827 POLO CT
BIRMINGHAM, AL 35226

04/28/2008

## CITY OF BIRMINGHAM
## NOTICE OF OVERDUE PARKING FINES

CITY OF BIRMINGHAM VS. FRANK J KRUSE, DEFENDANT
OUR CASE NO.:   347640

TAG NO.:       1C8918P AL
AMOUNT DUE:    $ 1030.00

This is our final demand for payment on the above account. Unless payment is received within 24 hours or contact is made with our office to make arrangements to pay this account, we will advise our client to pursue this matter through all legal procedures available. Unless you notify us within 30 days after the receipt of this letter that the validity of this debt or any portion of it is disputed, we will assume that the debt is valid. If you do notify us of a dispute, we will obtain verification of the debt and mail it to you. Also, upon your written request within 30 days, we will provide you with the name and address of the original creditor if different from the current creditor. This letter is a final attempt to collect a debt. Any information obtained will be used for that purpose.

QUESTIONS WILL BE ANSWERED BY CALLING 205-715-6600.

Very truly yours,

*J. Rick Hynds*

J. RICHARD HYNDS, ESQ
ATTORNEY AT LAW
COMMERCIAL LEGAL SERVICES
2025 3RD AVENUE NORTH SUITE 300
BIRMINGHAM, ALABAMA 35203

JRH/pc

**EXHIBIT 1**

296-0173

Jim Kruse
296-0173



PLAINTIFF'S EXHIBIT 6

```
TCTU              TRAFFIC CITATION SYSTEM TICKET INFORMATION              UPDATE
                        ATTORNEY COLLECTIBLE TICKET                      CTCE030
 CKET:     PTD2004450       STATUS:    A    MSG:      6 TICKETS @ 120.00
================================================================================
OFFENSE DATE:   02 25 02    TIME:     16 08   CHILD:
NAME:     KRUSE FRANK J                       HOUSE: ____    ST: _____
ADDRESS:  P O BOX 205                         ST TYPE: __          ST DIRECTION: __
CITY/STATE:    WOODSTOCK          AL          ZIP:   35188      EXTENDED ZIP: ____
NOTES:                                        CL1:  CL2:  SEX:  RACE:  DOB:  HZ/M:  C/P:
D/L NO:                     STATE: __
TAG NUMBER: 7AD6765         TAG STATE: AL     PARCELID __ __ __ __ __ . __  RR __
VEHICLE YEAR: 94    MAKE:   BMW    TYPE: __   SSN: _____    PHONE: _____
OFFENSE LOC:   2ND AVE N    ZONE 03           CODE: P10986C         OFFICER: 06015
POSTED SPEED LIMIT: __   SPEED: __   ACCIDENT: 9   CASE: _____   REQ BY: __
================================================================================
TOTAL DUE:    20.00         COURT DATE:   04 01 02   EXT'D COURT DATE: 05 06 02
        AMT: _____         PMT DATE:  __ __ __      RECEIPT NO: _____
        AMT: _____         PMT DATE:  __ __ __      RECEIPT NO: _____
        AMT: _____         PMT DATE:  __ __ __      RECEIPT NO: _____
        AMT: _____         PMT DATE:  __ __ __      RECEIPT NO: _____
UTC0 DATE: __ __ __   DPS: _     WRIT NO: _____    FEES:    .00   NSF: N
UTC1 DATE: __ __ __   DPS: _     PRECINCT: _   3RD: _   POSTMARK: __ __ __
UTC2 DATE: __ __ __   DPS: _   ENTERED: 02 25 02   FTA: _   ID: __ __ __ __
TICKET IS ATTORNEY COLLECTABLE
```

**EXHIBIT 2**

Kruse v. COB
000005

```
age: 1 Document Name: untitled

TCTU            TRAFFIC CITATION SYSTEM TICKET INFORMATION              UPDATE
                                                                        CTCE030
TICKET:    PTE2008045      STATUS:    O   MSG:    6 TICKETS @ 120.00
=================================================================================
OFFENSE DATE:   07 09 02    TIME:    09 45   CHILD:
NAME:     KRUSE FRANK J                      HOUSE:          ST:
ADDRESS:  P O BOX 205                        ST TYPE:        ST DIRECTION:
CITY/STATE:   WOODSTOCK        AL            ZIP:    35188   EXTENDED ZIP:
NOTES:                                       CL1: CL2: SEX: RACE: DOB: HZ/M: C/P:
D/L NO:                    STATE:
TAG NUMBER: 7AD6765        TAG STATE: AL   PARCELID  _ _ _ _ _ _ _ . _ _ RR _
VEHICLE YEAR: 94   MAKE:  BMW   TYPE:     SSN:              PHONE:
OFFENSE LOC:   2ND AVE N    2000           CODE:  P10986A   OFFICER: 06007
POSTED SPEED LIMIT: __  SPEED: ___  ACCIDENT: 9   CASE:              REQ BY: __
=================================================================================
TOTAL DUE:   20.00      COURT DATE:  08 13 02   EXT'D COURT DATE: 09 17 02
       AMT:             PMT DATE:                 RECEIPT NO:
       AMT:             PMT DATE:                 RECEIPT NO:
       AMT:             PMT DATE:                 RECEIPT NO:
       AMT:             PMT DATE:                 RECEIPT NO:
UTC0 DATE:         DPS: _      WRIT NO:          FEES:    .00   NSF: N
UTC1 DATE:         DPS: _      PRECINCT: _  3RD: _  POSTMARK:
UTC2 DATE:         DPS: _  ENTERED: 07 09 02   FTA: _   ID:
ENTER OR CHANGE THE INFORMATION NECESSARY AND THEN PRESS ENTER
```

EXHIBIT 3

Kruse v. COB
000006

```
age: 1  Document Name: untitled

TCTU            TRAFFIC CITATION SYSTEM TICKET INFORMATION        UPDATE
                                                                  CTCE030
TICKET:   PTF2004768    STATUS:   O    MSG:    6 TICKETS @ 120.00
==============================================================================
OFFENSE DATE:  04 16 02    TIME:   09 25   CHILD:
NAME:     KRUSE FRANK J                    HOUSE:          ST:
ADDRESS:  P O BOX 205                      ST TYPE:        ST DIRECTION:
CITY/STATE:   WOODSTOCK         AL         ZIP:   35188    EXTENDED ZIP:
NOTES:
                                           CL1: CL2: SEX: RACE: DOB: HZ/M: C/P:
D/L NO:                     STATE:
TAG NUMBER: 7AD6765         TAG STATE: AL  PARCELID _ _ _ _ _ _ _ . _ RR _
VEHICLE YEAR: 94  MAKE:  BMW  TYPE:        SSN:              PHONE:
OFFENSE LOC:  2ND AVE N    2000            CODE:  P10986A    OFFICER: 06003
POSTED SPEED LIMIT:  __  SPEED:  ___  ACCIDENT: 9   CASE:             REQ BY: __
==============================================================================
TOTAL DUE:    20.00        COURT DATE:  05 21 02   EXT'D COURT DATE: 06 26 02
       AMT:                PMT DATE:                RECEIPT NO:
       AMT:                PMT DATE:                RECEIPT NO:
       AMT:                PMT DATE:                RECEIPT NO:
       AMT:                PMT DATE:                RECEIPT NO:
UTC0 DATE:          DPS: _       WRIT NO:            FEES:   .00   NSF: N
UTC1 DATE:          DPS: _       PRECINCT:  _   3RD: _  POSTMARK:
UTC2 DATE:          DPS: _       ENTERED: 04 16 02  FTA: _  ID:
ENTER OR CHANGE THE INFORMATION NECESSARY AND THEN PRESS ENTER
```

EXHIBIT 4

Kruse v. COB
000007

```
age: 1 Document Name: untitled

TCTU              TRAFFIC CITATION SYSTEM TICKET INFORMATION         UPDATE
                                                                     CTCE030
TICKET:   PTF2009982     STATUS:    O    MSG:    6 TICKETS @ 120.00
=================================================================================
OFFENSE DATE:  08 19 02   TIME:   09 41   CHILD:
NAME:     KRUSE FRANK J                   HOUSE:          ST:
ADDRESS:  P O BOX 205                     ST TYPE:        ST DIRECTION:
CITY/STATE:  WOODSTOCK       AL           ZIP:    35188   EXTENDED ZIP:
NOTES:                                    CL1: CL2: SEX: RACE: DOB: HZ/M: C/P:
D/L NO:                      STATE:
TAG NUMBER: 7AD6765       TAG STATE: AL   PARCELID                      .  RR
VEHICLE YEAR: 94   MAKE:  BMW   TYPE:     SSN:               PHONE:
OFFENSE LOC:   2ND AVE N    2000          CODE:   P10986A   OFFICER:  06003
POSTED SPEED LIMIT:    SPEED:     ACCIDENT: 9   CASE:            REQ BY:
=================================================================================
TOTAL DUE:    20.00      COURT DATE:  09 23 02   EXT'D COURT DATE: 10 28 02
       AMT:              PMT DATE:               RECEIPT NO:
       AMT:              PMT DATE:               RECEIPT NO:
       AMT:              PMT DATE:               RECEIPT NO:
       AMT:              PMT DATE:               RECEIPT NO:
UTC0 DATE:          DPS:      WRIT NO:           FEES:   .00    NSF: N
UTC1 DATE:          DPS:      PRECINCT:    3RD:     POSTMARK:
UTC2 DATE:          DPS:      ENTERED: 08 20 02  FTA:   ID:
ENTER OR CHANGE THE INFORMATION NECESSARY AND THEN PRESS ENTER
```

EXHIBIT 5

Kruse v. COB
000008

```
age: 1 Document Name: untitled

TCTU            TRAFFIC CITATION SYSTEM TICKET INFORMATION        UPDATE
                      ATTORNEY COLLECTIBLE TICKET                 CTCE030
TICKET:   PTJ2000066      STATUS:    A   MSG:   6 TICKETS @ 120.00
================================================================================
OFFENSE DATE:  10 22 01    TIME:    09 45    CHILD:
NAME:     KRUSE FRANK J                      HOUSE:          ST:
ADDRESS:  P O BOX 205                        ST TYPE:            ST DIRECTION:
CITY/STATE:   WOODSTOCK          AL          ZIP:     35188   EXTENDED ZIP:
NOTES:                                       CL1: CL2: SEX: RACE: DOB: HZ/M: C/P:
D/L NO:                     STATE:
TAG NUMBER: 7AD6765      TAG STATE: AL    PARCELID                    . RR
VEHICLE YEAR: 94    MAKE: BMW    TYPE:      SSN:              PHONE:
OFFENSE LOC:   2ND AVE N    3              CODE:  P10986A    OFFICER: 06019
POSTED SPEED LIMIT:     SPEED:      ACCIDENT: 9   CASE:             REQ BY:
================================================================================
TOTAL DUE:     20.00        COURT DATE:  11 26 01    EXT'D COURT DATE: 04 02 02
      AMT:                  PMT DATE:                RECEIPT NO:
      AMT:                  PMT DATE:                RECEIPT NO:
      AMT:                  PMT DATE:                RECEIPT NO:
      AMT:                  PMT DATE:                RECEIPT NO:
UTC0 DATE:          DPS:              WRIT NO:            FEES:    .00   NSF: N
UTC1 DATE:          DPS:              PRECINCT:     3RD:    POSTMARK:
UTC2 DATE:          DPS:              ENTERED: 10 22 01   FTA:    ID:
TICKET IS ATTORNEY COLLECTABLE
```



EXHIBIT 6

Kruse v. COB
000009

```
TCTU            TRAFFIC CITATION SYSTEM TICKET INFORMATION          UPDATE
                      ATTORNEY COLLECTIBLE TICKET                   CTCE030
TICKET:    PTJ2001484    STATUS:    A   MSG:    6 TICKETS @ 120.00
==============================================================================
OFFENSE DATE:  12 18 01    TIME:   11 39   CHILD:
NAME:     KRUSE FRANK J                    HOUSE:          ST:
ADDRESS:  P O BOX 205                      ST TYPE:        ST DIRECTION:
CITY/STATE:   WOODSTOCK        AL          ZIP:     35188  EXTENDED ZIP:
NOTES:                                     CL1: CL2: SEX: RACE: DOB: HZ/M: C/P:
D/L NO:                       STATE:
TAG NUMBER: 7AD6765           TAG STATE: AL  PARCELID                      RR
VEHICLE YEAR: 94   MAKE:  BMW   TYPE:       SSN:              PHONE:
OFFENSE LOC:  2ND AVE N    3             CODE:  P10986A      OFFICER: 06019
POSTED SPEED LIMIT:    SPEED:      ACCIDENT: 9   CASE:           REQ BY:
==============================================================================
TOTAL DUE:    20.00        COURT DATE:  01 22 02    EXT'D COURT DATE: 04 02 02
      AMT:                 PMT DATE:                RECEIPT NO:
      AMT:                 PMT DATE:                RECEIPT NO:
      AMT:                 PMT DATE:                RECEIPT NO:
      AMT:                 PMT DATE:                RECEIPT NO:
UTC0 DATE:           DPS:         WRIT NO:           FEES:    .00   NSF: N
UTC1 DATE:           DPS:         PRECINCT:    3RD:         POSTMARK:
UTC2 DATE:           DPS:         ENTERED: 12 18 01   FTA:    ID:
TICKET IS ATTORNEY COLLECTABLE
```





EXHIBIT 7



## TRAFFIC CITATIONS

| INSUFFICIENT PAYMENT WARRANT NOTICE | STATE | LICENSE NUMBER |
|---|---|---|
| | AL | 1C8918P |

07-16-2008   PTE 2027942

According to the License Tag Records You are the Owner, Leasor, or Driver of the Above Vehicle:

KRUSE FRANK J
1827 POLO CT
BIRMINGHAM AL 35226

| TICKET NUMBER | DATE ISSUED | TRAFFIC REGULATION VIOLATED |
|---|---|---|
| TE2027942 | 06\|09\|04 | METER VIOLATION |
| DUE DATE | AMOUNT DUE | YEAR MAKE |
| 08 06 08 | 5.00 | 94 BMW |



A Traffic Citation was issued above and PARTIAL Payment was received by our office. <u>Full Payment of the above Amount MUST be Received in this Office by the Due Date or a Warrant will be issued for your Arrest.</u>

**To Pay This Violation:**   Send Check or Money Order with this Warrant Notice by Due Date indicated Above Payable to:

CITY OF BIRMINGHAM
MUNICIPAL JUSTICE CENTER
801 17th Street North
BIRMINGHAM, ALABAMA 35203

($30.00 PENALTY ON RETURNED CHECKS)

EXHIBIT
8